UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HEWSON aka BONO, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-1531-TSZ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiff's proposed complaint and application to proceed *in forma pauperis* in this civil action, together with all materials in support of those documents, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

　　(1)　The Court adopts the unopposed Report and Recommendation.

　　(2)　Plaintiff's complaint, Dkt. No. 1, Att. 1, and this action are DISMISSED without prejudice, and his application to proceed *in forma pauperis*, Dkt. No. 1, is DENIED as moot.

///

///

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Donohue.

DATED this 4th day of December, 2009.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE - 2